IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

RAUL HERNANDEZ

    Plaintiff,

    v.                                       CASE NO:  8:14-CV-00519 EAK-TGW

UNITED CONTINENTAL HOLDINGS, INC.,

    Defendant.

**STATEMENT IN COMPLIANCE WITH RULE 7.1 – CORPORATE DISCLOSURE**

    **MAY IT PLEASE THE COURT:**

    In compliance with Fed.R.Civ.P.7.1, this Corporate Disclosure Statement is filed on behalf of Liberty Insurance Corporation.

1.    Liberty Insurance Corporation **is not** a parent, subsidiary or other affiliate of a publically owned corporation.

2.    To Liberty Insurance Corporation's knowledge, there is no publically owned corporation, not a party to this case, that has a financial interest in the outcome of the case

                                          Law Office of GLENN G. GOMER
                                          600 North Westshore Boulevard, Suite 1001
                                          Tampa, Florida  33609
                                          Telephone:  (813) 286-0068
                                          Attorney for Employers Insurance of Wausau
                                          By /s/ *Melisa L. Bodnar*_____
                                          MELISA L. BODNAR, FBN #0997234

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 25th day of April, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF systems which will send a notice of ECF to all counsel of record listed below.

    **Danielle M. Underkoffler, Esquire**
    The Palmer Law Firm, P.A.
    10921 Countryway Blvd.
    Tampa, FL 33626
    Primary E-Mail: service@palmerinjurylaw.com

    **Emmet J. Schwartzman, Esquire**
    Carlton Fields Jordan Burt, P.A.
    4221 West Boy Scout Boulevard, Suite 1000
    Tampa, FL 33607
    Primary E-Mail: eschwartzman@cfjblaw.com

                                    Law Office of GLENN G. GOMER
                                    600 North Westshore Boulevard, Suite 1001
                                    Tampa, Florida  33609
                                    Telephone:  (813) 286-0068
                                    Attorney for Liberty Mutual Insurance Company
                                    By /s/ *Melisa L. Bodnar*
                                    MELISA L. BODNAR, FBN #0997234